# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE MCCREA,<br><br>   Plaintiff,<br><br> v.<br><br>LESNIAK, et al.,<br><br>   Defendants. | Case No. 1:17-cv-01329-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ADDRESS THE COURT ON PLRA<br><br>[ECF No. 9] |

  Plaintiff Terrence McCrea is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

  Currently before the Court is Plaintiff's motion titled, "Motion to Address the Court on (PLRA) Requesting the Court Accept the Claim on the Grounds of Imminent Danger Threats," filed on November 13, 2017. (ECF No. 9.) Plaintiff argues in the motion that he qualifies to be permitted to proceed in forma pauperis in this action due to allegations of a risk of imminent danger of physical harm.

  Plaintiff's motion is unnecessary. Plaintiff has been granted leave to proceed in forma pauperis in this matter by the Court's October 11, 2017 order. (ECF No. 5.)

1

Accordingly, Plaintiff's motion seeking leave to proceed in forma pauperis on grounds that he alleged imminent danger threats is HEREBY DENIED, as unnecessary.

IT IS SO ORDERED.

Dated: __**November 14, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE