# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE McCREA,<br><br>        Plaintiff,<br><br>    v.<br><br>LESNIAK, et al.,<br><br>        Defendants. | Case No. 1:17-cv-01329-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING THE COURT TAKE NOTICE OF UNRELATED CLAIM NOT BEFORE THE COURT<br><br>[ECF No. 15] |

Plaintiff Terrence McCrea is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting the Court take notice of an unrelated claim not before the Court, filed on March 27, 2018. (ECF No. 15.) Plaintiff states in his notice that the hot water has been running in his cell for eight days, keeping him awake. He further states that several work orders have been placed and requests to plumbing, as well as an administrative appeal. Plaintiff asserts that he intends to bring a civil claim on the conditions of confinement in a separate action.

Plaintiff's notice requests no specific relief, and there are no grounds for taking notice of his unrelated allegations in this case.

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motion requesting the Court take notice of an unrelated claim not before this Court (ECF No. 15), is denied.

IT IS SO ORDERED.

Dated: **March 29, 2018**

_____
UNITED STATES MAGISTRATE JUDGE